E-filed in the Office of the Clerk
for the Business Court of Texas
12/2/2025 2:45 PM
Accepted by: Alexis Jennings
Case Number: 24-BC11A-0002



FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/3/2025 8:01:47 AM
CHRISTOPHER A. PRINE
Clerk

### THE BUSINESS COURT OF TEXAS ELEVENTH DIVISION

| | | |
|---|---|---|
| CITY CHOICE GROUP, LLC,<br> *Plaintiff,*<br>v.<br>TMC GRAND BLVD LAND CO., LLC and<br>BCEGI GRAND BLVD MANAGER, LLC,<br> *Defendants*<br><br>-and-<br><br>TMC GRAND BLVD LAND CO., LLC,<br> *Third Party Plaintiff,*<br>v.<br>CITY SELECT TITLE, LLC,<br> *Third-Party Defendant.* | § § § § § § § § § § § § § § § § § | Cause No. 24-BC11A-0002 |

### PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff City Choice Group, LLC ("City Choice") gives notice that it desires to appeal from the Final Judgment – signed on November 14, 2025 by the Eleventh Division of the Texas Business Court. This appeal will be taken to the Fifteenth Court of Appeals.

1. I certify that Plaintiff has not previously filed an appeal or original proceeding in the Fifteenth Court of Appeals.

2. This appeal does not involve a matter brought by or against the State of Texas or a board, commission, department, office, or other agency in the executive branch of the state

government, including a university system or institution of higher education.

3. This appeal does not involve a matter brought by or against an officer or employee of the State of Texas or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education.

4. This appeal does not involve a matter in which a party to the proceeding challenges the constitutionality or validity of a state statute or rule and the Attorney General is a party to the case.

Dated: December 2, 2025

Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ Adam P. Schiffer*
Adam P. Schiffer
Texas State Bar No. 17745763
aschiffer@brownrudnick.com
609 Main Street, Suite 3550
Houston, Texas 77002
Telephone: 281-849-9851
Fax: 281-605-5699

***ATTORNEYS FOR PLAINTIFF CITY CHOICE GROUP, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via CM/ECF electronic service to all counsel of record on December 2, 2025.

/s/ *Adam P. Schiffer*
Adam P. Schiffer

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Steven Page on behalf of Adam Schiffer
Bar No. 17745763
spage@brownrudnick.com
Envelope ID: 108622235
Filing Code Description: Notice of Appeal
Filing Description: Plaintiff's Notice of Appeal
Status as of 12/2/2025 2:50 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Fischer | | tfischer@jw.com | 12/2/2025 2:45:04 PM | SENT |
| Melanie McClenathen | | mmcclenathen@jw.com | 12/2/2025 2:45:04 PM | SENT |
| Brett Stecklein | | bstecklein@mhba.com | 12/2/2025 2:45:04 PM | SENT |
| Kisha Pringle | | kpringle@mhba.com | 12/2/2025 2:45:04 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 12/2/2025 2:45:04 PM | SENT |
| Chevazz Brown | | cgbrown@jw.com | 12/2/2025 2:45:04 PM | SENT |
| Adam Schiffer | | aschiffer@brownrudnick.com | 12/2/2025 2:45:04 PM | SENT |
| Elizabeth Hosang | | ehosang@brownrudnick.com | 12/2/2025 2:45:04 PM | SENT |
| Business Court 11A | | BCDivision11A@txcourts.gov | 12/2/2025 2:45:04 PM | SENT |
| Steven Page | | spage@brownrudnick.com | 12/2/2025 2:45:04 PM | SENT |